UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RIGOBERTO ORTIZ et al.,<br><br>Defendants. | Case No.: 3:24-cr-01839-JAH<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS INFORMATION WITHOUT PREJUDICE** |

Upon the motion of the United States, and good cause having been shown, IT IS HEREBY ORDERED that the Information against Defendants in this case is dismissed without prejudice. Bond is exonerated.

**IT IS SO ORDERED.**

DATED: January 16, 2025

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE